IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAANAPALI GOLF MANAGEMENT, INC., | ) ) ) | CV 05-00672 SOM KSC |
| Petitioner, | ) ) ) | ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION |
| vs. | ) ) | |
| INTERNATIONAL LONGSHSORE AND WAREHOUSE UNION, LOCAL 142, | ) ) ) ) | |
| Respondent. | ) ) ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on 5/8/06, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Order Finding and Recommending that Petitioners's Motion for Attorneys' Fees be Denied are adopted as the opinion and order of this Court.

Due for Adoption: 5/23/06

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; May 26, 2006



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

cc: all parties of record

KAANAPALI GOLF MANAGEMENT, INC. v. INTERNATIONAL LONGSHSORE AND WAREHOUSE UNION, LOCAL 142; CV 05-00672 SOM KSC; Order Adopting Magistrate's Findings and Recommendation

Due for Adoption: 5/23/06